**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BOBBY GIRIFALCO, | : | CASE NO. 2:25-cv-02955-WB |
| Plaintiff, | : | |
| v. | : | |
| DISCOUNT POWER, INC., | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

To: Clerk of the District Court for the Eastern District of Pennsylvania

Kindly enter the appearance of Jessica G. Lucas, Esquire on behalf of Defendant **DISCOUNT POWER, INC.** relative to the above-captioned case.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

Dated: July 7, 2025

By: */s/ Jessica G. Lucas*
Jessica G. Lucas, Esquire
Pa I.D. No. 311280
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
Telephone No. 412-577-7400
Facsimile No. 412-347-5461
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was electronically filed and served on all counsel of record via the Court's Electronic Filing System on this 7th day of July, 2025.

Respectfully submitted,

By: */s/ Jessica G. Lucas*
     Jessica G. Lucas, Esq.