## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO, | : | CASE NO. 2:25-cv-02955-WB |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DISCOUNT POWER, INC., | : | |
| | : | |
| Defendant. | : | |

### **[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2025, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's Consent Motion to Extend Time to Respond to Complaint is GRANTED. Defendant shall file its responsive pleading to Plaintiff's Complaint on or before July 17, 2025.

_____J.