IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO,** <br>           **Plaintiff,** <br><br> v. <br><br> **DISCOUNT POWER, INC.,** <br>           **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 25CV2955** |

## ORDER

**AND NOW**, this 7th day of July, 2025, upon consideration of Defendant Discount Power, Inc.'s Consent Motion to Extend Time to Respond to Complaint (ECF No. 6), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** *nunc pro tunc*. Defendant **SHALL FILE** its responsive pleading to Plaintiff's Complaint on or before **July 17, 2025**.

                                                                   **BY THE COURT:**

                                                                   **S/ WENDY BEETLESTONE**
                                                                   **WENDY BEETLESTONE, J.**