IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| DISCOUNT POWER, INC. | : | No.: 2:25-cv-02955-WB |
| | : | |

ORDER

AND NOW, this  14th  day of  July  20 25 , it is hereby

ORDERED that the application of  Andrew D. Bullard _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

S/ WENDY BEETLESTONE
_____
WENDY BEETLESTONE                , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.