IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **DISCOUNT POWER, INC.,**<br>　　　　　**Defendant.** | **NO. 25-2955** |

## O R D E R

**AND NOW**, this 19th day of August, 2025, it having been reported that the issues between the parties in the above-captioned action have been settled, **IT IS HEREBY ORDERED** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure that the above-captioned action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

The Clerk of Court is **DIRECTED** to **TERMINATE** this matter and mark it as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　S/ WENDY BEETLESTONE
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, C.J.**