IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DISCOUNT POWER, INC.**<br><br>*Defendant.* | Case No.<br>    2:25-cv-2955<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**MOTION TO STRIKE DISMISSAL**
**AND FILE AMENDED COMPLAINT**

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's Motion to Strike Dismissal and File Amended Complaint, any responses and replies thereto, and being duly advised of its premises, the Court does hereby ORDER, DECREE, and ADJUDGE:

The dismissal of this action, ECF No. 15, is hereby STRICKEN.

Plaintiff is directed to file the Amended Complaint in Exhibit A within three days.

_____

Hon. Wendy Beetlestone, J.

1