IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **DISCOUNT POWER, INC.,**<br>　　　　　**Defendant.** | **NO.  25-2955** |

**O R D E R**

**AND NOW**, this 19th day of November, 2025, upon consideration of Plaintiff's Motion to Strike Dismissal and File Amended Complaint (ECF No. 16), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　　　**S/ WENDY BEETLESTONE**
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, C.J.**